UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| John Ruszczyk, as Trustee for the next of kin of Justine Maia Ruszczyk,<br><br>Plaintiff,<br><br>v.<br><br>Mohamed Mohamed Noor and Matthew Thomas Harrity, acting in their individual capacities as Minneapolis police officers; Janeé Harteau, acting in her official capacity as Minneapolis Chief of Police; Medaria Arradondo, acting in his official capacities as Minneapolis Assistant Chief of Police and Minneapolis Chief of Police; and The City of Minneapolis,<br><br>Defendants. | Civ. No. 18-2086 (PAM/KMM) |

### STIPULATION REGARDING BRIEFING ON MOTIONS TO STAY

WHEREAS, on August 15, 2018, Defendants Medaria Arradondo, Janeé Harteau, and the City of Minneapolis moved to stay this action and extend their deadline to answer or respond to the Complaint (the "City Motion"), pending resolution of the criminal case against Defendant Mohamed Mohamed Noor (see Dkt. No. 8);

WHEREAS, the City Motion is scheduled to be heard by the Honorable Kate M. Menendez on September 13, 2018;

WHEREAS, on August 16, 2018, Defendant Noor also filed a Motion to Stay this action (the "Noor Motion"), pending resolution of the criminal case against him (see Dkt. No. 14);

WHEREAS, the Noor Motion is scheduled to be heard at the same date and time as

1

the City Motion;

WHEREAS, Plaintiff is informed that Defendant Matthew Thomas Harrity will be joining in the City Motion and/or the Noor Motion;

WHEREAS, there appears to be substantial factual and legal overlap between the City Motion and the Noor Motion;

WHEREAS, pursuant to Local Rule 7.1(b)(2), Plaintiff's response to the City Motion is due on or before August 22, 2018, and his response to the Noor Motion is due on or before August 23, 2018; and

WHEREAS, in order to streamline the proceedings for the Court and save the time and expense necessary in preparing and filing multiple briefs in response to both the City Motion and the Noor Motion, the parties have agreed that Plaintiff need only file one memorandum in response to the Motions, to be submitted on or before August 23, 2018;

NOW, THEREFORE, the parties, by and through their undersigned counsel, hereby STIPULATE as follows:

1. Plaintiff shall serve and file a single memorandum in response to the City Motion and the Noor Motion;

2. The deadline for Plaintiff to serve and file that memorandum shall be August 23, 2018; and

3. The City Motion and the Noor Motion will be heard by the Honorable Kate M. Menendez at 2:00 p.m. on September 13, 2018.

Date:  August 17, 2018					GASKINS BENNETT & BIRRELL, LLP


							s/Marc E. Betinsky
							Robert Bennett, #0006713
							Andrew J. Noel, #0322118
							Kathryn H. Bennett, #0392087
							Marc E. Betinsky, #0388414
							333 South Seventh Street, #3000
							Minneapolis, MN 55402
							Telephone: 612-333-9500
							rbennett@gaskinsbennett.com
							anoel@gaskinsbennett.com
							kbennett@gaskinsbennett.com
							mbetinsky@gaskinsbennett.com

							Attorneys for Plaintiff


Date: August 17, 2018					SUSAN L. SEGAL
							CITY ATTORNEY
							By:


							s/Kristin R. Sarff
							Sara J. Lathrop, #0310232
							Kristin R. Sarff, #0388003
							Tracey N. Fussy, #0311807
							Minneapolis City Attorney's Office
							City Hall-Room 210
							350 South 5th Street
							Minneapolis, MN 55415
							Telephone:  612-673-2072
							sara.lathrop@minneapolismn.gov
							kristin.sarff@minneapolismn.gov
							tracey.fussy@minneapolismn.gov

							Attorneys for Defendants Medaria Arradondo, Janeé
							Harteau, and the City of Minneapolis

Date:  August 17, 2018						GREENE ESPEL PLLP


							s/Matthew D. Forsgren
							Matthew D. Forsgren, #0246694
							Jenny Gassman-Pines, #0386511
							Caitlinrose H. Fisher, #0398358
							222 S. Ninth Street, Suite 2200
							Minneapolis, MN 55402
							Telephone: 612-373-0830
							mforsgren@greeneespel.com
							jgassman-pines@greeneespel.com
							cfisher@greeneespel.com

							Attorneys for Defendant Mohamed Mohamed Noor


Date:  August 17, 2018						IVERSON REUVERS CONDON


							s/Jon K. Iverson
							Jon K. Iverson, #0146389
							Paul D. Reuvers, #0217700
							Jason M. Hiveley, #0311546
							9231 Ensign Avenue S
							Bloomington, MN 55438
							Telephone: 952-548-7200
							jon@irc-law.com
							paul@irc-law.com
							jasonh@irc-law.com

							Attorneys for Defendant Matthew Thomas Harrity