# EXHIBIT A

Skip to Main Content  Logout  My Account  Search Menu  New Criminal/Traffic/Petty Search  Refine Search Back                                                                                                                Location : All MNCIS Sites - Case Search   Help

# REGISTER OF ACTIONS
### CASE NO. 27-CR-18-6859

| | | | |
|---|---|---|---|
| State of Minnesota vs MOHAMED MOHAMED NOOR | § § § § § | Case Type: | Crim/Traf Mandatory |
| | | Date Filed: | 03/20/2018 |
| | | Location: | Hennepin Criminal/Traffic/Petty Downtown |
| | | Judicial Officer: | Quaintance, Kathryn L. |

## PARTY INFORMATION

| | | | | Lead Attorneys |
|---|---|---|---|---|
| **Defendant** | NOOR, MOHAMED MOHAMED | Male | | **Thomas Craddock Plunkett** |
| | New Hope, MN 55428 | DOB: 10/20/1985 | | *Retained* |
| | | | | 651-222-4357(W) |
| | | | | |
| **Jurisdiction** | State of Minnesota | | | **AMY ELIZABETH SWEASY** |
| | | | | 612-348-6552(W) |

## CASE INFORMATION

| Charges: NOOR, MOHAMED MOHAMED | Statute | Level | Date | Disposition | Level of Sentence |
|---|---|---|---|---|---|
| 1. Murder - 2nd Degree - With Intent-Not Premeditated | 609.19.1(1) | Felony | 07/15/2017 | | |
| 2. Murder - 3rd Degree - Perpetrating Eminently Dangerous Act and Evincing Depraved Mind | 609.195(a) | Felony | 07/15/2017 | | |
| 3. Manslaughter - 2nd Degree - Culpable Negligence Creating Unreasonable Risk | 609.205(1) | Felony | 07/15/2017 | | |

## EVENTS & ORDERS OF THE COURT

**DISPOSITIONS**

03/01/2019 **Plea** (Judicial Officer: Quaintance, Kathryn L.)
    2. Murder - 3rd Degree - Perpetrating Eminently Dangerous Act and Evincing Depraved Mind
        Not guilty
    3. Manslaughter - 2nd Degree - Culpable Negligence Creating Unreasonable Risk
        Not guilty
    1. Murder - 2nd Degree - With Intent-Not Premeditated
        Not guilty

**OTHER EVENTS AND HEARINGS**

03/20/2018 **E-filed Comp-Warrant**    Index # 1
03/20/2018 **Warrant Issued**    Index # 2
03/20/2018 **Order Sealing Record**    Index # 3 (Judicial Officer: Barnette, Toddrick S. )
03/20/2018 **Other Document**    Index # 4
03/20/2018 **Warrant Served**
03/20/2018 **Certificate of Representation**    Index # 6
03/21/2018 **First Appearance** (1:30 PM) (Judicial Officer Quaintance, Kathryn L.)
    Result: Held
03/21/2018 **Bail Study**    Index # 5
03/21/2018 **Certificate of Representation**    Index # 7
03/21/2018 **e-Service**
    State of Minnesota    Served    03/21/2018
03/21/2018 **e-Service**
    NOOR, MOHAMED MOHAMED    Served    03/21/2018
03/21/2018 **Identity Verified**
03/21/2018 **Order for Conditional Release**    Index # 8 (Judicial Officer: Quaintance, Kathryn L. )
03/21/2018 **Interim Condition for NOOR, MOHAMED MOHAMED**
    - Do not ship/transport/possess or receive firearm or ammo
    - No contact with witness(es)
    - Remain law-abiding
    - Make all future court appearances
    - Post bond with conditions
      $400,000.00
    - Post Bond without conditions
      $500,000.00
    - Surrender Passport
03/21/2018 **Non-Cash Bond Posted**    Index # 9
03/22/2018 **Law Enforcement Notice of Release and Appearance**    Index # 10
03/28/2018 **Order-Other**    Index # 11 (Judicial Officer: Quaintance, Kathryn L. )
04/04/2018 **Pre-Plea Worksheet**    Index # 12
04/04/2018 **e-Service**
    State of Minnesota    Served    04/04/2018
04/04/2018 **e-Service**

| | | | |
|---|---|---|---|
| | NOOR, MOHAMED MOHAMED | Served | 04/04/2018 |
| 04/04/2018 | e-Service | | |
| | NOOR, MOHAMED MOHAMED | Served | 04/04/2018 |
| 04/04/2018 | e-Service | | |
| | NOOR, MOHAMED MOHAMED | Served | 04/04/2018 |
| 04/25/2018 | **Demand or Request for Discovery**     Index # 13 | | |
| 04/25/2018 | **Discovery Disclosure**     Index # 14 | | |
| 04/25/2018 | e-Service | | |
| | State of Minnesota | Served | 04/25/2018 |
| 04/25/2018 | e-Service | | |
| | State of Minnesota | Served | 04/25/2018 |
| 04/25/2018 | e-Service | | |
| | NOOR, MOHAMED MOHAMED | Served | 04/25/2018 |
| 04/25/2018 | e-Service | | |
| | NOOR, MOHAMED MOHAMED | Served | 04/25/2018 |
| 04/25/2018 | e-Service | | |
| | NOOR, MOHAMED MOHAMED | Served | 04/25/2018 |
| 04/25/2018 | e-Service | | |
| | State of Minnesota | Served | 04/25/2018 |
| 04/25/2018 | e-Service | | |
| | NOOR, MOHAMED MOHAMED | Served | 04/25/2018 |
| 04/25/2018 | e-Service | | |
| | NOOR, MOHAMED MOHAMED | Served | 04/25/2018 |
| 04/25/2018 | e-Service | | |
| | NOOR, MOHAMED MOHAMED | Served | 04/25/2018 |
| 04/25/2018 | e-Service | | |
| | State of Minnesota | Served | 04/25/2018 |
| 05/08/2018 | **Omnibus Hearing**  (8:30 AM) (Judicial Officer Quaintance, Kathryn L.)  Result: Held | | |
| 05/15/2018 | **Scheduling Order**     Index # 15 | | |
| 08/15/2018 | **Motion to Dismiss**     Index # 16 | | |
| 08/15/2018 | **Motion to Dismiss**     Index # 17 | | |
| 08/15/2018 | e-Service | | |
| | State of Minnesota | Served | 08/15/2018 |
| 08/15/2018 | e-Service | | |
| | State of Minnesota | Served | 08/15/2018 |
| 08/15/2018 | e-Service | | |
| | NOOR, MOHAMED MOHAMED | Served | 08/15/2018 |
| 08/15/2018 | e-Service | | |
| | NOOR, MOHAMED MOHAMED | Served | 08/15/2018 |
| 08/15/2018 | e-Service | | |
| | NOOR, MOHAMED MOHAMED | Served | 08/15/2018 |
| 08/15/2018 | e-Service | | |
| | State of Minnesota | Served | 08/15/2018 |
| 08/15/2018 | e-Service | | |
| | NOOR, MOHAMED MOHAMED | Served | 08/15/2018 |
| 08/15/2018 | e-Service | | |
| | NOOR, MOHAMED MOHAMED | Served | 08/15/2018 |
| 08/15/2018 | e-Service | | |
| | NOOR, MOHAMED MOHAMED | Served | 08/15/2018 |
| 08/15/2018 | e-Service | | |
| | State of Minnesota | Served | 08/15/2018 |
| 09/04/2018 | **Motion**     Index # 18 | | |
| 09/04/2018 | e-Service | | |
| | State of Minnesota | Served | 09/04/2018 |
| 09/04/2018 | e-Service | | |
| | State of Minnesota | Served | 09/04/2018 |
| 09/04/2018 | e-Service | | |
| | NOOR, MOHAMED MOHAMED | Served | 09/04/2018 |
| 09/04/2018 | e-Service | | |
| | NOOR, MOHAMED MOHAMED | Served | 09/04/2018 |
| 09/04/2018 | e-Service | | |
| | NOOR, MOHAMED MOHAMED | Served | 09/04/2018 |
| 09/04/2018 | e-Service | | |
| | NOOR, MOHAMED MOHAMED | Served | 09/04/2018 |
| 09/04/2018 | **Order Denying Motion**     Index # 19 (Judicial Officer: Quaintance, Kathryn L. ) | | |
| 09/05/2018 | **Other Document**     Index # 20 | | |
| 09/05/2018 | **Other Document**     Index # 21 | | |
| 09/05/2018 | **Other Document**     Index # 22 | | |
| 09/05/2018 | e-Service | | |
| | State of Minnesota | Served | 09/05/2018 |
| 09/05/2018 | e-Service | | |
| | State of Minnesota | Served | 09/05/2018 |
| 09/05/2018 | e-Service | | |
| | NOOR, MOHAMED MOHAMED | Served | 09/05/2018 |
| 09/05/2018 | e-Service | | |
| | NOOR, MOHAMED MOHAMED | Served | 09/05/2018 |
| 09/05/2018 | e-Service | | |
| | NOOR, MOHAMED MOHAMED | Served | 09/05/2018 |
| 09/05/2018 | e-Service | | |
| | NOOR, MOHAMED MOHAMED | Served | 09/05/2018 |
| 09/05/2018 | e-Service | | |
| | State of Minnesota | Served | 09/05/2018 |
| 09/05/2018 | e-Service | | |

| Date | Event | Party | Status | Date |
|---|---|---|---|---|
| | | State of Minnesota | Served | 09/05/2018 |
| 09/05/2018 | e-Service | | | |
| | | NOOR, MOHAMED MOHAMED | Served | 09/05/2018 |
| 09/05/2018 | e-Service | | | |
| | | NOOR, MOHAMED MOHAMED | Served | 09/05/2018 |
| 09/05/2018 | e-Service | | | |
| | | NOOR, MOHAMED MOHAMED | Served | 09/05/2018 |
| 09/05/2018 | e-Service | | | |
| | | NOOR, MOHAMED MOHAMED | Served | 09/05/2018 |
| 09/05/2018 | e-Service | | | |
| | | NOOR, MOHAMED MOHAMED | Served | 09/05/2018 |
| 09/05/2018 | e-Service | | | |
| | | State of Minnesota | Served | 09/05/2018 |
| 09/05/2018 | e-Service | | | |
| | | State of Minnesota | Served | 09/05/2018 |
| 09/05/2018 | e-Service | | | |
| | | NOOR, MOHAMED MOHAMED | Served | 09/05/2018 |
| 09/05/2018 | e-Service | | | |
| | | NOOR, MOHAMED MOHAMED | Served | 09/05/2018 |
| 09/05/2018 | e-Service | | | |
| | | NOOR, MOHAMED MOHAMED | Served | 09/05/2018 |
| 09/12/2018 | **Memorandum    Index # 23** | | | |
| 09/19/2018 | **Other Document    Index # 24** | | | |
| 09/19/2018 | e-Service | | | |
| | | State of Minnesota | Served | 09/19/2018 |
| 09/19/2018 | e-Service | | | |
| | | State of Minnesota | Served | 09/19/2018 |
| 09/19/2018 | e-Service | | | |
| | | NOOR, MOHAMED MOHAMED | Served | 09/19/2018 |
| 09/19/2018 | e-Service | | | |
| | | NOOR, MOHAMED MOHAMED | Served | 09/19/2018 |
| 09/19/2018 | e-Service | | | |
| | | NOOR, MOHAMED MOHAMED | Served | 09/19/2018 |
| 09/19/2018 | e-Service | | | |
| | | NOOR, MOHAMED MOHAMED | Served | 09/19/2018 |
| 09/19/2018 | **Order Regarding Visual or Audio Coverage** | **Index # 25** (Judicial Officer: Quaintance, Kathryn L. ) | | |
| 09/19/2018 | e-Service | | | |
| | | State of Minnesota | Served | 09/19/2018 |
| 09/19/2018 | e-Service | | | |
| | | State of Minnesota | Served | 09/19/2018 |
| 09/19/2018 | e-Service | | | |
| | | NOOR, MOHAMED MOHAMED | Served | 09/19/2018 |
| 09/19/2018 | e-Service | | | |
| | | NOOR, MOHAMED MOHAMED | Served | 09/19/2018 |
| 09/20/2018 | **Notice of Motion and Motion    Index # 26** | | | |
| 09/20/2018 | e-Service | | | |
| | | State of Minnesota | Served | 09/20/2018 |
| 09/20/2018 | e-Service | | | |
| | | State of Minnesota | Served | 09/20/2018 |
| 09/20/2018 | e-Service | | | |
| | | NOOR, MOHAMED MOHAMED | Served | 09/20/2018 |
| 09/20/2018 | e-Service | | | |
| | | NOOR, MOHAMED MOHAMED | Served | 09/20/2018 |
| 09/20/2018 | e-Service | | | |
| | | NOOR, MOHAMED MOHAMED | Served | 09/20/2018 |
| 09/20/2018 | e-Service | | | |
| | | NOOR, MOHAMED MOHAMED | Served | 09/20/2018 |
| 09/20/2018 | **Memorandum    Index # 27** | | | |
| 09/20/2018 | e-Service | | | |
| | | State of Minnesota | Served | 09/20/2018 |
| 09/20/2018 | e-Service | | | |
| | | State of Minnesota | Served | 09/20/2018 |
| 09/20/2018 | e-Service | | | |
| | | NOOR, MOHAMED MOHAMED | Served | 09/20/2018 |
| 09/20/2018 | e-Service | | | |
| | | NOOR, MOHAMED MOHAMED | Served | 09/20/2018 |
| 09/20/2018 | e-Service | | | |
| | | NOOR, MOHAMED MOHAMED | Served | 09/20/2018 |
| 09/20/2018 | e-Service | | | |
| | | NOOR, MOHAMED MOHAMED | Served | 09/20/2018 |
| 09/21/2018 | **Memorandum    Index # 28** | | | |
| 09/21/2018 | e-Service | | | |
| | | State of Minnesota | Served | 09/21/2018 |
| 09/21/2018 | e-Service | | | |
| | | State of Minnesota | Served | 09/21/2018 |
| 09/21/2018 | e-Service | | | |
| | | NOOR, MOHAMED MOHAMED | Served | 09/21/2018 |
| 09/21/2018 | e-Service | | | |
| | | NOOR, MOHAMED MOHAMED | Served | 09/21/2018 |
| 09/21/2018 | e-Service | | | |
| | | NOOR, MOHAMED MOHAMED | Served | 09/21/2018 |
| 09/21/2018 | e-Service | | | |
| | | NOOR, MOHAMED MOHAMED | Served | 09/21/2018 |
| 09/26/2018 | **Transcript    Index # 29** | | | |

| | | | |
|---|---|---|---|
| 09/27/2018 | **Hearing** (1:30 PM) (Judicial Officer Quaintance, Kathryn L.) | | |
| | *09/27/2018 Reset by Court to 09/27/2018* | | |
| | Result: Held | | |
| 09/27/2018 | **Order Denying Motion**    Index # 30 | | |
| 09/27/2018 | e-Service | | |
| | State of Minnesota | Served | 09/27/2018 |
| 09/27/2018 | e-Service | | |
| | State of Minnesota | Served | 09/27/2018 |
| 09/27/2018 | e-Service | | |
| | NOOR, MOHAMED MOHAMED | Served | 09/27/2018 |
| 09/27/2018 | e-Service | | |
| | NOOR, MOHAMED MOHAMED | Served | 09/27/2018 |
| 09/27/2018 | **Order Denying Motion**    Index # 31 | | |
| 09/27/2018 | e-Service | | |
| | NOOR, MOHAMED MOHAMED | Served | 09/27/2018 |
| 09/27/2018 | e-Service | | |
| | NOOR, MOHAMED MOHAMED | Served | 09/27/2018 |
| 09/27/2018 | e-Service | | |
| | State of Minnesota | Served | 09/27/2018 |
| 09/27/2018 | e-Service | | |
| | State of Minnesota | Served | 09/27/2018 |
| 09/27/2018 | e-Service | | |
| | NOOR, MOHAMED MOHAMED | Served | 09/27/2018 |
| 09/27/2018 | e-Service | | |
| | NOOR, MOHAMED MOHAMED | Served | 09/27/2018 |
| 09/27/2018 | e-Service | | |
| | NOOR, MOHAMED MOHAMED | Served | 09/27/2018 |
| 09/27/2018 | e-Service | | |
| | NOOR, MOHAMED MOHAMED | Served | 09/27/2018 |
| 09/27/2018 | **Order Denying Motion**    Index # 32 (Judicial Officer: Quaintance, Kathryn L. ) | | |
| 09/27/2018 | e-Service | | |
| | State of Minnesota | Served | 09/27/2018 |
| 09/27/2018 | e-Service | | |
| | State of Minnesota | Served | 09/27/2018 |
| 09/27/2018 | e-Service | | |
| | NOOR, MOHAMED MOHAMED | Served | 09/27/2018 |
| 09/27/2018 | e-Service | | |
| | NOOR, MOHAMED MOHAMED | Served | 09/27/2018 |
| 09/28/2018 | **Scheduling Order**    Index # 33 (Judicial Officer: Quaintance, Kathryn L. ) | | |
| 09/28/2018 | e-Service | | |
| | State of Minnesota | Served | 09/28/2018 |
| 09/28/2018 | e-Service | | |
| | State of Minnesota | Served | 09/28/2018 |
| 09/28/2018 | e-Service | | |
| | NOOR, MOHAMED MOHAMED | Served | 09/28/2018 |
| 09/28/2018 | e-Service | | |
| | NOOR, MOHAMED MOHAMED | Served | 09/28/2018 |
| 11/21/2018 | **Motion**    Index # 34 | | |
| 11/21/2018 | e-Service | | |
| | State of Minnesota | Served | 11/21/2018 |
| 11/21/2018 | e-Service | | |
| | State of Minnesota | Served | 11/21/2018 |
| 11/21/2018 | e-Service | | |
| | NOOR, MOHAMED MOHAMED | Served | 11/21/2018 |
| 11/21/2018 | e-Service | | |
| | NOOR, MOHAMED MOHAMED | Served | 11/21/2018 |
| 11/21/2018 | e-Service | | |
| | NOOR, MOHAMED MOHAMED | Served | 11/21/2018 |
| 11/21/2018 | e-Service | | |
| | NOOR, MOHAMED MOHAMED | Served | 11/21/2018 |
| 11/29/2018 | **Motion**    Index # 35 | | |
| 11/29/2018 | e-Service | | |
| | State of Minnesota | Served | 11/29/2018 |
| 11/29/2018 | e-Service | | |
| | State of Minnesota | Served | 11/29/2018 |
| 11/29/2018 | e-Service | | |
| | NOOR, MOHAMED MOHAMED | Served | 11/29/2018 |
| 11/29/2018 | e-Service | | |
| | NOOR, MOHAMED MOHAMED | Served | 11/29/2018 |
| 11/29/2018 | e-Service | | |
| | NOOR, MOHAMED MOHAMED | Served | 11/29/2018 |
| 11/29/2018 | e-Service | | |
| | NOOR, MOHAMED MOHAMED | Served | 11/29/2018 |
| 12/06/2018 | **Motion**    Index # 36 | | |
| 12/06/2018 | e-Service | | |
| | State of Minnesota | Served | 12/06/2018 |
| 12/06/2018 | e-Service | | |
| | State of Minnesota | Served | 12/06/2018 |
| 12/06/2018 | e-Service | | |
| | NOOR, MOHAMED MOHAMED | Served | 12/06/2018 |
| 12/06/2018 | e-Service | | |
| | NOOR, MOHAMED MOHAMED | Served | 12/06/2018 |
| 12/06/2018 | e-Service | | |
| | NOOR, MOHAMED MOHAMED | Served | 12/06/2018 |

| Date | Event | | | |
|---|---|---|---|---|
| 12/06/2018 | e-Service | | | |
| | NOOR, MOHAMED MOHAMED | | Served | 12/06/2018 |
| 12/07/2018 | Order-Other   Index # 37 (Judicial Officer: Quaintance, Kathryn L. ) | | | |
| 12/07/2018 | e-Service | | | |
| | State of Minnesota | | Served | 12/07/2018 |
| 12/07/2018 | e-Service | | | |
| | State of Minnesota | | Served | 12/07/2018 |
| 12/07/2018 | e-Service | | | |
| | NOOR, MOHAMED MOHAMED | | Served | 12/07/2018 |
| 12/07/2018 | e-Service | | | |
| | NOOR, MOHAMED MOHAMED | | Served | 12/07/2018 |
| 12/07/2018 | e-Service | | | |
| | NOOR, MOHAMED MOHAMED | | Served | 12/07/2018 |
| 12/07/2018 | e-Service | | | |
| | NOOR, MOHAMED MOHAMED | | Served | 12/07/2018 |
| 12/11/2018 | Amended Criminal Complaint   Index # 38 (Judicial Officer: Bernhardson, Ivy S. ) | | | |
| 12/11/2018 | Summons   Index # 39 | | | |
| 12/26/2018 | ExParte Motion   Index # 40 | | | |
| 12/26/2018 | Proposed Order or Document   Index # 41 | | | |
| 12/26/2018 | Notice of Motion and Motion   Index # 42 | | | |
| 12/26/2018 | Proposed Order or Document   Index # 43 | | | |
| 12/27/2018 | Hearing  (3:00 PM) (Judicial Officer Quaintance, Kathryn L.) Result: Held | | | |
| 12/28/2018 | Correspondence   Index # 44 | | | |
| 12/28/2018 | e-Service | | | |
| | State of Minnesota | | Served | 12/28/2018 |
| 12/28/2018 | e-Service | | | |
| | State of Minnesota | | Served | 12/28/2018 |
| 12/28/2018 | e-Service | | | |
| | NOOR, MOHAMED MOHAMED | | Served | 12/28/2018 |
| 12/28/2018 | e-Service | | | |
| | NOOR, MOHAMED MOHAMED | | Served | 12/28/2018 |
| 12/28/2018 | e-Service | | | |
| | NOOR, MOHAMED MOHAMED | | Served | 12/28/2018 |
| 12/28/2018 | e-Service | | | |
| | NOOR, MOHAMED MOHAMED | | Served | 12/28/2018 |
| 12/28/2018 | Order-Other   Index # 45 (Judicial Officer: Quaintance, Kathryn L. ) | | | |
| 12/28/2018 | e-Service | | | |
| | State of Minnesota | | Served | 12/28/2018 |
| 12/28/2018 | e-Service | | | |
| | State of Minnesota | | Served | 12/28/2018 |
| 12/28/2018 | e-Service | | | |
| | NOOR, MOHAMED MOHAMED | | Served | 12/28/2018 |
| 12/28/2018 | e-Service | | | |
| | NOOR, MOHAMED MOHAMED | | Served | 12/28/2018 |
| 12/28/2018 | e-Service | | | |
| | NOOR, MOHAMED MOHAMED | | Served | 12/28/2018 |
| 12/28/2018 | e-Service | | | |
| | NOOR, MOHAMED MOHAMED | | Served | 12/28/2018 |
| 01/02/2019 | Memorandum   Index # 46 | | | |
| 01/02/2019 | Other Document   Index # 47 | | | |
| 01/02/2019 | e-Service | | | |
| | State of Minnesota | | Served | 01/02/2019 |
| 01/02/2019 | e-Service | | | |
| | State of Minnesota | | Served | 01/02/2019 |
| 01/02/2019 | e-Service | | | |
| | NOOR, MOHAMED MOHAMED | | Served | 01/02/2019 |
| 01/02/2019 | e-Service | | | |
| | NOOR, MOHAMED MOHAMED | | Served | 01/02/2019 |
| 01/02/2019 | e-Service | | | |
| | NOOR, MOHAMED MOHAMED | | Served | 01/02/2019 |
| 01/02/2019 | e-Service | | | |
| | NOOR, MOHAMED MOHAMED | | Served | 01/02/2019 |
| 01/02/2019 | e-Service | | | |
| | State of Minnesota | | Served | 01/02/2019 |
| 01/02/2019 | e-Service | | | |
| | NOOR, MOHAMED MOHAMED | | Served | 01/02/2019 |
| 01/02/2019 | e-Service | | | |
| | NOOR, MOHAMED MOHAMED | | Served | 01/02/2019 |
| 01/02/2019 | e-Service | | | |
| | NOOR, MOHAMED MOHAMED | | Served | 01/02/2019 |
| 01/02/2019 | e-Service | | | |
| | NOOR, MOHAMED MOHAMED | | Served | 01/02/2019 |
| 01/02/2019 | e-Service | | | |
| | State of Minnesota | | Served | 01/02/2019 |
| 01/10/2019 | Scheduling Order   Index # 48 (Judicial Officer: Quaintance, Kathryn L. ) | | | |
| 01/10/2019 | e-Service | | | |
| | State of Minnesota | | Served | 01/10/2019 |
| 01/10/2019 | e-Service | | | |
| | State of Minnesota | | Served | 01/10/2019 |
| 01/10/2019 | e-Service | | | |
| | NOOR, MOHAMED MOHAMED | | Served | 01/10/2019 |
| 01/10/2019 | e-Service | | | |
| | NOOR, MOHAMED MOHAMED | | Served | 01/10/2019 |

| Date | Event | | | |
|---|---|---|---|---|
| 01/10/2019 | e-Service | | | |
| | NOOR, MOHAMED MOHAMED | | Served | 01/10/2019 |
| 01/10/2019 | e-Service | | | |
| | NOOR, MOHAMED MOHAMED | | Served | 01/10/2019 |
| 01/11/2019 | **Discovery Disclosure**  Index # 49 | | | |
| 01/11/2019 | e-Service | | | |
| | State of Minnesota | | Served | 01/11/2019 |
| 01/11/2019 | e-Service | | | |
| | State of Minnesota | | Served | 01/11/2019 |
| 01/11/2019 | e-Service | | | |
| | NOOR, MOHAMED MOHAMED | | Served | 01/11/2019 |
| 01/11/2019 | e-Service | | | |
| | NOOR, MOHAMED MOHAMED | | Served | 01/11/2019 |
| 01/11/2019 | e-Service | | | |
| | NOOR, MOHAMED MOHAMED | | Served | 01/11/2019 |
| 01/11/2019 | e-Service | | | |
| | NOOR, MOHAMED MOHAMED | | Served | 01/11/2019 |
| 01/31/2019 | **Notice of Visual or Audio Coverage**  Index # 50 | | | |
| 01/31/2019 | e-Service | | | |
| | State of Minnesota | | Served | 01/31/2019 |
| 01/31/2019 | e-Service | | | |
| | State of Minnesota | | Served | 01/31/2019 |
| 01/31/2019 | e-Service | | | |
| | NOOR, MOHAMED MOHAMED | | Served | 01/31/2019 |
| 01/31/2019 | e-Service | | | |
| | NOOR, MOHAMED MOHAMED | | Served | 01/31/2019 |
| 01/31/2019 | e-Service | | | |
| | NOOR, MOHAMED MOHAMED | | Served | 01/31/2019 |
| 01/31/2019 | e-Service | | | |
| | NOOR, MOHAMED MOHAMED | | Served | 01/31/2019 |
| 01/31/2019 | **Correspondence**  Index # 51 | | | |
| 01/31/2019 | e-Service | | | |
| | State of Minnesota | | Served | 01/31/2019 |
| 01/31/2019 | e-Service | | | |
| | State of Minnesota | | Served | 01/31/2019 |
| 01/31/2019 | e-Service | | | |
| | NOOR, MOHAMED MOHAMED | | Served | 01/31/2019 |
| 01/31/2019 | e-Service | | | |
| | NOOR, MOHAMED MOHAMED | | Served | 01/31/2019 |
| 01/31/2019 | e-Service | | | |
| | NOOR, MOHAMED MOHAMED | | Served | 01/31/2019 |
| 01/31/2019 | e-Service | | | |
| | NOOR, MOHAMED MOHAMED | | Served | 01/31/2019 |
| 02/01/2019 | **Notice-Other**  Index # 52 | | | |
| 02/01/2019 | e-Service | | | |
| | State of Minnesota | | Served | 02/01/2019 |
| 02/01/2019 | e-Service | | | |
| | State of Minnesota | | Served | 02/01/2019 |
| 02/01/2019 | e-Service | | | |
| | NOOR, MOHAMED MOHAMED | | Served | 02/01/2019 |
| 02/01/2019 | e-Service | | | |
| | NOOR, MOHAMED MOHAMED | | Served | 02/01/2019 |
| 02/01/2019 | e-Service | | | |
| | NOOR, MOHAMED MOHAMED | | Served | 02/01/2019 |
| 02/01/2019 | e-Service | | | |
| | NOOR, MOHAMED MOHAMED | | Served | 02/01/2019 |
| 02/04/2019 | **Notice of Visual or Audio Coverage**  Index # 53 | | | |
| 02/04/2019 | e-Service | | | |
| | State of Minnesota | | Served | 02/04/2019 |
| 02/04/2019 | e-Service | | | |
| | State of Minnesota | | Served | 02/04/2019 |
| 02/04/2019 | e-Service | | | |
| | NOOR, MOHAMED MOHAMED | | Served | 02/04/2019 |
| 02/04/2019 | e-Service | | | |
| | NOOR, MOHAMED MOHAMED | | Served | 02/04/2019 |
| 02/04/2019 | e-Service | | | |
| | NOOR, MOHAMED MOHAMED | | Served | 02/04/2019 |
| 02/04/2019 | e-Service | | | |
| | NOOR, MOHAMED MOHAMED | | Served | 02/04/2019 |
| 02/04/2019 | **Notice of Visual or Audio Coverage**  Index # 54 | | | |
| 02/04/2019 | e-Service | | | |
| | State of Minnesota | | Served | 02/04/2019 |
| 02/04/2019 | e-Service | | | |
| | State of Minnesota | | Served | 02/04/2019 |
| 02/04/2019 | e-Service | | | |
| | NOOR, MOHAMED MOHAMED | | Served | 02/04/2019 |
| 02/04/2019 | e-Service | | | |
| | NOOR, MOHAMED MOHAMED | | Served | 02/04/2019 |
| 02/04/2019 | e-Service | | | |
| | NOOR, MOHAMED MOHAMED | | Served | 02/04/2019 |
| 02/04/2019 | e-Service | | | |
| | NOOR, MOHAMED MOHAMED | | Served | 02/04/2019 |
| 02/05/2019 | **Notice of Visual or Audio Coverage**  Index # 55 | | | |
| 02/05/2019 | e-Service | | | |

| Date | Event | | Party | Status | Date |
|---|---|---|---|---|---|
| 02/05/2019 | e-Service | | State of Minnesota | Served | 02/05/2019 |
| 02/05/2019 | e-Service | | State of Minnesota | Served | 02/05/2019 |
| 02/05/2019 | e-Service | | NOOR, MOHAMED MOHAMED | Served | 02/05/2019 |
| 02/05/2019 | e-Service | | NOOR, MOHAMED MOHAMED | Served | 02/05/2019 |
| 02/05/2019 | e-Service | | NOOR, MOHAMED MOHAMED | Served | 02/05/2019 |
| 02/05/2019 | Notice of Visual or Audio Coverage | Index # 56 | NOOR, MOHAMED MOHAMED | Served | 02/05/2019 |
| 02/05/2019 | e-Service | | State of Minnesota | Served | 02/05/2019 |
| 02/05/2019 | e-Service | | State of Minnesota | Served | 02/05/2019 |
| 02/05/2019 | e-Service | | NOOR, MOHAMED MOHAMED | Served | 02/05/2019 |
| 02/05/2019 | e-Service | | NOOR, MOHAMED MOHAMED | Served | 02/05/2019 |
| 02/05/2019 | e-Service | | NOOR, MOHAMED MOHAMED | Served | 02/05/2019 |
| 02/05/2019 | Notice of Visual or Audio Coverage | Index # 57 | NOOR, MOHAMED MOHAMED | Served | 02/05/2019 |
| 02/05/2019 | e-Service | | State of Minnesota | Served | 02/05/2019 |
| 02/05/2019 | e-Service | | State of Minnesota | Served | 02/05/2019 |
| 02/05/2019 | e-Service | | NOOR, MOHAMED MOHAMED | Served | 02/05/2019 |
| 02/05/2019 | e-Service | | NOOR, MOHAMED MOHAMED | Served | 02/05/2019 |
| 02/05/2019 | e-Service | | NOOR, MOHAMED MOHAMED | Served | 02/05/2019 |
| 02/05/2019 | Notice of Visual or Audio Coverage | Index # 58 | NOOR, MOHAMED MOHAMED | Served | 02/05/2019 |
| 02/05/2019 | e-Service | | State of Minnesota | Served | 02/05/2019 |
| 02/05/2019 | e-Service | | State of Minnesota | Served | 02/05/2019 |
| 02/05/2019 | e-Service | | NOOR, MOHAMED MOHAMED | Served | 02/05/2019 |
| 02/05/2019 | e-Service | | NOOR, MOHAMED MOHAMED | Served | 02/05/2019 |
| 02/05/2019 | e-Service | | NOOR, MOHAMED MOHAMED | Served | 02/05/2019 |
| 02/07/2019 | Notice of Visual or Audio Coverage | Index # 59 | NOOR, MOHAMED MOHAMED | Served | 02/05/2019 |
| 02/07/2019 | e-Service | | State of Minnesota | Served | 02/07/2019 |
| 02/07/2019 | e-Service | | State of Minnesota | Served | 02/07/2019 |
| 02/07/2019 | Notice of Visual or Audio Coverage | Index # 60 | NOOR, MOHAMED MOHAMED | Served | 02/07/2019 |
| 02/07/2019 | e-Service | | NOOR, MOHAMED MOHAMED | Served | 02/07/2019 |
| 02/07/2019 | e-Service | | NOOR, MOHAMED MOHAMED | Served | 02/07/2019 |
| 02/07/2019 | e-Service | | NOOR, MOHAMED MOHAMED | Served | 02/07/2019 |
| 02/07/2019 | e-Service | | State of Minnesota | Served | 02/07/2019 |
| 02/07/2019 | e-Service | | State of Minnesota | Served | 02/07/2019 |
| 02/07/2019 | e-Service | | NOOR, MOHAMED MOHAMED | Served | 02/07/2019 |
| 02/07/2019 | e-Service | | NOOR, MOHAMED MOHAMED | Served | 02/07/2019 |
| 02/07/2019 | e-Service | | NOOR, MOHAMED MOHAMED | Served | 02/07/2019 |
| 02/07/2019 | Notice of Visual or Audio Coverage | Index # 61 | NOOR, MOHAMED MOHAMED | Served | 02/07/2019 |
| 02/07/2019 | e-Service | | State of Minnesota | Served | 02/07/2019 |
| 02/07/2019 | e-Service | | State of Minnesota | Served | 02/07/2019 |
| 02/07/2019 | e-Service | | NOOR, MOHAMED MOHAMED | Served | 02/07/2019 |

| Date | Event | | Served Party | Status | Date |
|---|---|---|---|---|---|
| | | | NOOR, MOHAMED MOHAMED | Served | 02/07/2019 |
| 02/07/2019 | e-Service | | | | |
| | | | NOOR, MOHAMED MOHAMED | Served | 02/07/2019 |
| 02/07/2019 | e-Service | | | | |
| | | | NOOR, MOHAMED MOHAMED | Served | 02/07/2019 |
| 02/08/2019 | Notice of Visual or Audio Coverage | Index # 62 | | | |
| 02/08/2019 | Notice of Visual or Audio Coverage | Index # 63 | | | |
| 02/08/2019 | Notice of Visual or Audio Coverage | Index # 64 | | | |
| 02/08/2019 | e-Service | | | | |
| | | | State of Minnesota | Served | 02/08/2019 |
| 02/08/2019 | e-Service | | | | |
| | | | State of Minnesota | Served | 02/08/2019 |
| 02/08/2019 | e-Service | | | | |
| | | | NOOR, MOHAMED MOHAMED | Served | 02/08/2019 |
| 02/08/2019 | e-Service | | | | |
| | | | NOOR, MOHAMED MOHAMED | Served | 02/08/2019 |
| 02/08/2019 | e-Service | | | | |
| | | | NOOR, MOHAMED MOHAMED | Served | 02/08/2019 |
| 02/08/2019 | Notice of Visual or Audio Coverage | Index # 65 | | | |
| 02/08/2019 | e-Service | | | | |
| | | | State of Minnesota | Served | 02/08/2019 |
| 02/08/2019 | e-Service | | | | |
| | | | State of Minnesota | Served | 02/08/2019 |
| 02/08/2019 | e-Service | | | | |
| | | | NOOR, MOHAMED MOHAMED | Served | 02/08/2019 |
| 02/08/2019 | e-Service | | | | |
| | | | NOOR, MOHAMED MOHAMED | Served | 02/08/2019 |
| 02/08/2019 | e-Service | | | | |
| | | | NOOR, MOHAMED MOHAMED | Served | 02/08/2019 |
| 02/14/2019 | Notice of Visual or Audio Coverage | Index # 66 | | | |
| 02/14/2019 | e-Service | | | | |
| | | | State of Minnesota | Served | 02/14/2019 |
| 02/14/2019 | e-Service | | | | |
| | | | State of Minnesota | Served | 02/14/2019 |
| 02/14/2019 | e-Service | | | | |
| | | | NOOR, MOHAMED MOHAMED | Served | 02/14/2019 |
| 02/14/2019 | e-Service | | | | |
| | | | NOOR, MOHAMED MOHAMED | Served | 02/14/2019 |
| 02/14/2019 | e-Service | | | | |
| | | | NOOR, MOHAMED MOHAMED | Served | 02/14/2019 |
| 02/14/2019 | Notice of Visual or Audio Coverage | Index # 67 | | | |
| 02/14/2019 | e-Service | | | | |
| | | | State of Minnesota | Served | 02/14/2019 |
| 02/14/2019 | e-Service | | | | |
| | | | State of Minnesota | Served | 02/14/2019 |
| 02/14/2019 | e-Service | | | | |
| | | | NOOR, MOHAMED MOHAMED | Served | 02/14/2019 |
| 02/14/2019 | e-Service | | | | |
| | | | NOOR, MOHAMED MOHAMED | Served | 02/14/2019 |
| 02/14/2019 | e-Service | | | | |
| | | | NOOR, MOHAMED MOHAMED | Served | 02/14/2019 |
| 02/15/2019 | Other Document | Index # 68 | | | |
| 02/15/2019 | Proposed Jury Instructions | Index # 69 | | | |
| 02/15/2019 | Other Document | Index # 70 | | | |
| 02/15/2019 | Notice of Motion and Motion | Index # 71 | | | |
| 02/15/2019 | Motion | Index # 72 | | | |
| 02/15/2019 | Memorandum | Index # 73 | | | |
| 02/15/2019 | Memorandum | Index # 74 | | | |
| 02/15/2019 | Memorandum | Index # 75 | | | |
| 02/15/2019 | Motion | Index # 76 | | | |
| 02/15/2019 | Memorandum | Index # 77 | | | |
| 02/15/2019 | e-Service | | | | |
| | | | State of Minnesota | Served | 02/15/2019 |
| 02/15/2019 | e-Service | | | | |
| | | | State of Minnesota | Served | 02/15/2019 |
| 02/15/2019 | e-Service | | | | |
| | | | NOOR, MOHAMED MOHAMED | Served | 02/15/2019 |
| 02/15/2019 | e-Service | | | | |
| | | | NOOR, MOHAMED MOHAMED | Served | 02/15/2019 |
| 02/15/2019 | e-Service | | | | |
| | | | NOOR, MOHAMED MOHAMED | Served | 02/15/2019 |
| 02/15/2019 | e-Service | | | | |
| | | | NOOR, MOHAMED MOHAMED | Served | 02/15/2019 |
| 02/15/2019 | e-Service | | | | |
| | | | State of Minnesota | Served | 02/15/2019 |
| 02/15/2019 | e-Service | | | | |

| Date | Type | Party | Status | Date |
|---|---|---|---|---|
| | | State of Minnesota | Served | 02/15/2019 |
| 02/15/2019 | e-Service | | | |
| | | NOOR, MOHAMED MOHAMED | Served | 02/15/2019 |
| 02/15/2019 | e-Service | | | |
| | | NOOR, MOHAMED MOHAMED | Served | 02/15/2019 |
| 02/15/2019 | e-Service | | | |
| | | NOOR, MOHAMED MOHAMED | Served | 02/15/2019 |
| 02/15/2019 | e-Service | | | |
| | | NOOR, MOHAMED MOHAMED | Served | 02/15/2019 |
| 02/15/2019 | e-Service | | | |
| | | NOOR, MOHAMED MOHAMED | Served | 02/15/2019 |
| 02/15/2019 | e-Service | | | |
| | | State of Minnesota | Served | 02/15/2019 |
| 02/15/2019 | e-Service | | | |
| | | State of Minnesota | Served | 02/15/2019 |
| 02/15/2019 | e-Service | | | |
| | | NOOR, MOHAMED MOHAMED | Served | 02/15/2019 |
| 02/15/2019 | e-Service | | | |
| | | NOOR, MOHAMED MOHAMED | Served | 02/15/2019 |
| 02/15/2019 | e-Service | | | |
| | | NOOR, MOHAMED MOHAMED | Served | 02/15/2019 |
| 02/15/2019 | e-Service | | | |
| | | NOOR, MOHAMED MOHAMED | Served | 02/15/2019 |
| 02/15/2019 | e-Service | | | |
| | | State of Minnesota | Served | 02/15/2019 |
| 02/15/2019 | e-Service | | | |
| | | State of Minnesota | Served | 02/15/2019 |
| 02/15/2019 | e-Service | | | |
| | | NOOR, MOHAMED MOHAMED | Served | 02/15/2019 |
| 02/15/2019 | e-Service | | | |
| | | NOOR, MOHAMED MOHAMED | Served | 02/15/2019 |
| 02/15/2019 | e-Service | | | |
| | | NOOR, MOHAMED MOHAMED | Served | 02/15/2019 |
| 02/15/2019 | e-Service | | | |
| | | NOOR, MOHAMED MOHAMED | Served | 02/15/2019 |
| 02/15/2019 | e-Service | | | |
| | | State of Minnesota | Served | 02/15/2019 |
| 02/15/2019 | e-Service | | | |
| | | State of Minnesota | Served | 02/15/2019 |
| 02/15/2019 | e-Service | | | |
| | | NOOR, MOHAMED MOHAMED | Served | 02/15/2019 |
| 02/15/2019 | e-Service | | | |
| | | NOOR, MOHAMED MOHAMED | Served | 02/15/2019 |
| 02/15/2019 | e-Service | | | |
| | | NOOR, MOHAMED MOHAMED | Served | 02/15/2019 |
| 02/15/2019 | e-Service | | | |
| | | NOOR, MOHAMED MOHAMED | Served | 02/15/2019 |
| 02/15/2019 | e-Service | | | |
| | | State of Minnesota | Served | 02/15/2019 |
| 02/15/2019 | e-Service | | | |
| | | State of Minnesota | Served | 02/15/2019 |
| 02/15/2019 | e-Service | | | |
| | | NOOR, MOHAMED MOHAMED | Served | 02/15/2019 |
| 02/15/2019 | e-Service | | | |
| | | NOOR, MOHAMED MOHAMED | Served | 02/15/2019 |
| 02/15/2019 | e-Service | | | |
| | | NOOR, MOHAMED MOHAMED | Served | 02/15/2019 |
| 02/15/2019 | e-Service | | | |
| | | NOOR, MOHAMED MOHAMED | Served | 02/15/2019 |
| 02/15/2019 | e-Service | | | |

| Date | Event | Party | Status | Status Date |
|---|---|---|---|---|
| | State of Minnesota | | Served | 02/15/2019 |
| 02/15/2019 | e-Service | | | |
| | State of Minnesota | | Served | 02/15/2019 |
| 02/15/2019 | e-Service | | | |
| | NOOR, MOHAMED MOHAMED | | Served | 02/15/2019 |
| 02/15/2019 | e-Service | | | |
| | NOOR, MOHAMED MOHAMED | | Served | 02/15/2019 |
| 02/15/2019 | e-Service | | | |
| | NOOR, MOHAMED MOHAMED | | Served | 02/15/2019 |
| 02/15/2019 | e-Service | | | |
| | NOOR, MOHAMED MOHAMED | | Served | 02/15/2019 |
| 02/15/2019 | e-Service | | | |
| | State of Minnesota | | Served | 02/15/2019 |
| 02/15/2019 | e-Service | | | |
| | State of Minnesota | | Served | 02/15/2019 |
| 02/15/2019 | e-Service | | | |
| | NOOR, MOHAMED MOHAMED | | Served | 02/15/2019 |
| 02/15/2019 | e-Service | | | |
| | NOOR, MOHAMED MOHAMED | | Served | 02/15/2019 |
| 02/15/2019 | e-Service | | | |
| | NOOR, MOHAMED MOHAMED | | Served | 02/15/2019 |
| 02/15/2019 | Witness List      Index # 78 | | | |
| 02/15/2019 | Motion      Index # 79 | | | |
| 02/15/2019 | Notice of Motion and Motion      Index # 80 | | | |
| 02/15/2019 | Motion      Index # 81 | | | |
| 02/15/2019 | Proposed Jury Instructions      Index # 82 | | | |
| 02/15/2019 | e-Service | | | |
| | State of Minnesota | | Served | 02/15/2019 |
| 02/15/2019 | e-Service | | | |
| | State of Minnesota | | Served | 02/15/2019 |
| 02/15/2019 | e-Service | | | |
| | NOOR, MOHAMED MOHAMED | | Served | 02/15/2019 |
| 02/15/2019 | e-Service | | | |
| | NOOR, MOHAMED MOHAMED | | Served | 02/15/2019 |
| 02/15/2019 | e-Service | | | |
| | NOOR, MOHAMED MOHAMED | | Served | 02/15/2019 |
| 02/15/2019 | e-Service | | | |
| | NOOR, MOHAMED MOHAMED | | Served | 02/15/2019 |
| 02/15/2019 | e-Service | | | |
| | State of Minnesota | | Served | 02/15/2019 |
| 02/15/2019 | e-Service | | | |
| | NOOR, MOHAMED MOHAMED | | Served | 02/15/2019 |
| 02/15/2019 | e-Service | | | |
| | NOOR, MOHAMED MOHAMED | | Served | 02/15/2019 |
| 02/15/2019 | e-Service | | | |
| | NOOR, MOHAMED MOHAMED | | Served | 02/15/2019 |
| 02/15/2019 | e-Service | | | |
| | State of Minnesota | | Served | 02/15/2019 |
| 02/15/2019 | e-Service | | | |
| | NOOR, MOHAMED MOHAMED | | Served | 02/15/2019 |
| 02/15/2019 | e-Service | | | |
| | NOOR, MOHAMED MOHAMED | | Served | 02/15/2019 |
| 02/15/2019 | e-Service | | | |
| | NOOR, MOHAMED MOHAMED | | Served | 02/15/2019 |
| 02/15/2019 | e-Service | | | |
| | NOOR, MOHAMED MOHAMED | | Served | 02/15/2019 |
| 02/15/2019 | e-Service | | | |
| | State of Minnesota | | Served | 02/15/2019 |
| 02/15/2019 | e-Service | | | |
| | State of Minnesota | | Served | 02/15/2019 |
| 02/15/2019 | e-Service | | | |
| | NOOR, MOHAMED MOHAMED | | Served | 02/15/2019 |
| 02/15/2019 | e-Service | | | |
| | NOOR, MOHAMED MOHAMED | | Served | 02/15/2019 |
| 02/15/2019 | e-Service | | | |
| | NOOR, MOHAMED MOHAMED | | Served | 02/15/2019 |
| 02/15/2019 | e-Service | | | |
| | NOOR, MOHAMED MOHAMED | | Served | 02/15/2019 |
| 02/15/2019 | e-Service | | | |
| | State of Minnesota | | Served | 02/15/2019 |

| Date | Event | | | |
|---|---|---|---|---|
| 02/15/2019 | e-Service | | | |
| | State of Minnesota | | Served | 02/15/2019 |
| 02/22/2019 | Other Document | Index # 83 | | |
| 02/22/2019 | e-Service | | | |
| | State of Minnesota | | Served | 02/22/2019 |
| 02/22/2019 | e-Service | | | |
| | State of Minnesota | | Served | 02/22/2019 |
| 02/22/2019 | e-Service | | | |
| | NOOR, MOHAMED MOHAMED | | Served | 02/22/2019 |
| 02/22/2019 | e-Service | | | |
| | NOOR, MOHAMED MOHAMED | | Served | 02/22/2019 |
| 02/22/2019 | e-Service | | | |
| | NOOR, MOHAMED MOHAMED | | Served | 02/22/2019 |
| 02/22/2019 | e-Service | | | |
| | NOOR, MOHAMED MOHAMED | | Served | 02/22/2019 |
| 02/22/2019 | Order Regarding Visual or Audio Coverage | Index # 84 (Judicial Officer: Quaintance, Kathryn L. ) | | |
| 02/22/2019 | e-Service | | | |
| | State of Minnesota | | Served | 02/22/2019 |
| 02/22/2019 | e-Service | | | |
| | State of Minnesota | | Served | 02/22/2019 |
| 02/22/2019 | e-Service | | | |
| | NOOR, MOHAMED MOHAMED | | Served | 02/22/2019 |
| 02/22/2019 | e-Service | | | |
| | NOOR, MOHAMED MOHAMED | | Served | 02/22/2019 |
| 02/22/2019 | e-Service | | | |
| | NOOR, MOHAMED MOHAMED | | Served | 02/22/2019 |
| 02/22/2019 | e-Service | | | |
| | NOOR, MOHAMED MOHAMED | | Served | 02/22/2019 |
| 02/25/2019 | Other Document | Index # 85 | | |
| 02/25/2019 | Memorandum | Index # 86 | | |
| 02/25/2019 | Memorandum | Index # 87 | | |
| 02/25/2019 | e-Service | | | |
| | State of Minnesota | | Served | 02/25/2019 |
| 02/25/2019 | e-Service | | | |
| | State of Minnesota | | Served | 02/25/2019 |
| 02/25/2019 | e-Service | | | |
| | NOOR, MOHAMED MOHAMED | | Served | 02/25/2019 |
| 02/25/2019 | e-Service | | | |
| | NOOR, MOHAMED MOHAMED | | Served | 02/25/2019 |
| 02/25/2019 | e-Service | | | |
| | NOOR, MOHAMED MOHAMED | | Served | 02/25/2019 |
| 02/25/2019 | e-Service | | | |
| | NOOR, MOHAMED MOHAMED | | Served | 02/25/2019 |
| 02/25/2019 | e-Service | | | |
| | State of Minnesota | | Served | 02/25/2019 |
| 02/25/2019 | e-Service | | | |
| | State of Minnesota | | Served | 02/25/2019 |
| 02/25/2019 | e-Service | | | |
| | NOOR, MOHAMED MOHAMED | | Served | 02/25/2019 |
| 02/25/2019 | e-Service | | | |
| | NOOR, MOHAMED MOHAMED | | Served | 02/25/2019 |
| 02/25/2019 | e-Service | | | |
| | NOOR, MOHAMED MOHAMED | | Served | 02/25/2019 |
| 02/25/2019 | e-Service | | | |
| | NOOR, MOHAMED MOHAMED | | Served | 02/25/2019 |
| 02/25/2019 | e-Service | | | |
| | State of Minnesota | | Served | 02/25/2019 |
| 02/25/2019 | e-Service | | | |
| | State of Minnesota | | Served | 02/25/2019 |
| 02/25/2019 | e-Service | | | |
| | NOOR, MOHAMED MOHAMED | | Served | 02/25/2019 |
| 02/25/2019 | e-Service | | | |
| | NOOR, MOHAMED MOHAMED | | Served | 02/25/2019 |
| 02/25/2019 | e-Service | | | |
| | NOOR, MOHAMED MOHAMED | | Served | 02/25/2019 |
| 02/25/2019 | Other Document | Index # 88 | | |
| 02/25/2019 | Other Document | Index # 89 | | |
| 02/25/2019 | Other Document | Index # 90 | | |
| 02/25/2019 | e-Service | | | |
| | State of Minnesota | | Served | 02/25/2019 |
| 02/25/2019 | e-Service | | | |
| | State of Minnesota | | Served | 02/25/2019 |
| 02/25/2019 | e-Service | | | |
| | NOOR, MOHAMED MOHAMED | | Served | 02/25/2019 |
| 02/25/2019 | e-Service | | | |
| | NOOR, MOHAMED MOHAMED | | Served | 02/25/2019 |
| 02/25/2019 | e-Service | | | |
| | NOOR, MOHAMED MOHAMED | | Served | 02/25/2019 |
| 02/25/2019 | e-Service | | | |
| | NOOR, MOHAMED MOHAMED | | Served | 02/25/2019 |
| 02/25/2019 | e-Service | | | |
| | State of Minnesota | | Served | 02/25/2019 |

| Date | Event | | |
|---|---|---|---|
| 02/25/2019 | e-Service  NOOR, MOHAMED MOHAMED | Served | 02/25/2019 |
| 02/25/2019 | e-Service  NOOR, MOHAMED MOHAMED | Served | 02/25/2019 |
| 02/25/2019 | e-Service  NOOR, MOHAMED MOHAMED | Served | 02/25/2019 |
| 02/25/2019 | e-Service  NOOR, MOHAMED MOHAMED | Served | 02/25/2019 |
| 02/25/2019 | e-Service  State of Minnesota | Served | 02/25/2019 |
| 02/25/2019 | e-Service  NOOR, MOHAMED MOHAMED | Served | 02/25/2019 |
| 02/25/2019 | e-Service  NOOR, MOHAMED MOHAMED | Served | 02/25/2019 |
| 02/25/2019 | e-Service  NOOR, MOHAMED MOHAMED | Served | 02/25/2019 |
| 02/25/2019 | e-Service  State of Minnesota | Served | 02/25/2019 |
| 02/25/2019 | e-Service  State of Minnesota | Served | 02/25/2019 |
| 02/25/2019 | **Notice of Visual or Audio Coverage**     Index # 91 | | |
| 02/25/2019 | e-Service  State of Minnesota | Served | 02/25/2019 |
| 02/25/2019 | e-Service  State of Minnesota | Served | 02/25/2019 |
| 02/25/2019 | e-Service  NOOR, MOHAMED MOHAMED | Served | 02/25/2019 |
| 02/25/2019 | e-Service  NOOR, MOHAMED MOHAMED | Served | 02/25/2019 |
| 02/25/2019 | e-Service  NOOR, MOHAMED MOHAMED | Served | 02/25/2019 |
| 02/25/2019 | e-Service  NOOR, MOHAMED MOHAMED | Served | 02/25/2019 |
| 02/28/2019 | **Scheduling Conference**  (2:30 PM) (Judicial Officer Quaintance, Kathryn L.)  Result: Held | | |
| 02/28/2019 | **Order-Other**     Index # 92 (Judicial Officer: Quaintance, Kathryn L. ) | | |
| 02/28/2019 | e-Service  State of Minnesota | Served | 02/28/2019 |
| 02/28/2019 | e-Service  State of Minnesota | Served | 02/28/2019 |
| 02/28/2019 | e-Service  NOOR, MOHAMED MOHAMED | Served | 02/28/2019 |
| 02/28/2019 | e-Service  NOOR, MOHAMED MOHAMED | Served | 02/28/2019 |
| 02/28/2019 | e-Service  NOOR, MOHAMED MOHAMED | Served | 02/28/2019 |
| 02/28/2019 | e-Service  NOOR, MOHAMED MOHAMED | Served | 02/28/2019 |
| 03/01/2019 | **Motion Hearing**  (9:00 AM) (Judicial Officer Quaintance, Kathryn L.)  Result: Held | | |
| 03/01/2019 | **Order Granting Motion**     Index # 93 (Judicial Officer: Quaintance, Kathryn L. ) | | |
| 03/01/2019 | **Order Denying Motion**     Index # 94 (Judicial Officer: Quaintance, Kathryn L. ) | | |
| 03/01/2019 | **Order Granting Motion**     Index # 95 (Judicial Officer: Quaintance, Kathryn L. ) | | |
| 03/01/2019 | **Order Granting Motion**     Index # 96 (Judicial Officer: Quaintance, Kathryn L. ) | | |
| 03/01/2019 | **Order Granting Motion**     Index # 97 (Judicial Officer: Quaintance, Kathryn L. ) | | |
| 03/01/2019 | **Order Denying Motion**     Index # 98 (Judicial Officer: Quaintance, Kathryn L. ) | | |
| 03/01/2019 | **Order-Other**     Index # 99 (Judicial Officer: Quaintance, Kathryn L. ) | | |
| 03/01/2019 | **Order Granting Motion**     Index # 100 (Judicial Officer: Quaintance, Kathryn L. ) | | |
| 03/01/2019 | **Order-Other**     Index # 101 (Judicial Officer: Quaintance, Kathryn L. ) | | |
| 03/01/2019 | **Order Denying Motion**     Index # 102 (Judicial Officer: Quaintance, Kathryn L. ) | | |
| 03/01/2019 | **Order Denying Motion**     Index # 103 (Judicial Officer: Quaintance, Kathryn L. ) | | |
| 03/01/2019 | **Order Denying Motion**     Index # 104 (Judicial Officer: Quaintance, Kathryn L. ) | | |
| 03/01/2019 | **Order Granting Motion**     Index # 105 (Judicial Officer: Quaintance, Kathryn L. ) | | |
| 03/01/2019 | **Order Granting Motion**     Index # 106 (Judicial Officer: Quaintance, Kathryn L. ) | | |
| 03/01/2019 | **Order for Submissions-Under Advisement**     Index # 107 (Judicial Officer: Quaintance, Kathryn L. ) | | |
| 03/01/2019 | **Order for Submissions-Under Advisement**     Index # 108 (Judicial Officer: Quaintance, Kathryn L. ) | | |
| 03/07/2019 | **Correspondence**     Index # 109 | | |
| 03/07/2019 | e-Service  State of Minnesota | Served | 03/07/2019 |
| 03/07/2019 | e-Service  State of Minnesota | Served | 03/07/2019 |
| 03/07/2019 | e-Service  NOOR, MOHAMED MOHAMED | Served | 03/07/2019 |
| 03/07/2019 | e-Service  NOOR, MOHAMED MOHAMED | Served | 03/07/2019 |
| 03/07/2019 | e-Service  NOOR, MOHAMED MOHAMED | Served | 03/07/2019 |
| 03/07/2019 | e-Service  NOOR, MOHAMED MOHAMED | Served | 03/07/2019 |
| 03/08/2019 | **Order-Other**     Index # 110 (Judicial Officer: Quaintance, Kathryn L. ) | | |
| 03/08/2019 | e-Service  State of Minnesota | Served | 03/08/2019 |

| Date | Event | | | |
|---|---|---|---|---|
| 03/08/2019 | e-Service | | | |
| | State of Minnesota | | Served | 03/08/2019 |
| 03/08/2019 | e-Service | | | |
| | NOOR, MOHAMED MOHAMED | | Served | 03/08/2019 |
| 03/08/2019 | e-Service | | | |
| | NOOR, MOHAMED MOHAMED | | Served | 03/08/2019 |
| 03/08/2019 | e-Service | | | |
| | NOOR, MOHAMED MOHAMED | | Served | 03/08/2019 |
| 03/08/2019 | e-Service | | | |
| | NOOR, MOHAMED MOHAMED | | Served | 03/08/2019 |
| 03/08/2019 | Motion  Index # 111 | | | |
| 03/08/2019 | e-Service | | | |
| | State of Minnesota | | Served | 03/08/2019 |
| 03/08/2019 | e-Service | | | |
| | State of Minnesota | | Served | 03/08/2019 |
| 03/08/2019 | e-Service | | | |
| | NOOR, MOHAMED MOHAMED | | Served | 03/08/2019 |
| 03/08/2019 | e-Service | | | |
| | NOOR, MOHAMED MOHAMED | | Served | 03/08/2019 |
| 03/08/2019 | e-Service | | | |
| | NOOR, MOHAMED MOHAMED | | Served | 03/08/2019 |
| 03/08/2019 | e-Service | | | |
| | NOOR, MOHAMED MOHAMED | | Served | 03/08/2019 |
| 03/13/2019 | Scheduling Order  Index # 112 | | | |
| 03/13/2019 | e-Service | | | |
| | State of Minnesota | | Served | 03/13/2019 |
| 03/13/2019 | e-Service | | | |
| | State of Minnesota | | Served | 03/13/2019 |
| 03/13/2019 | e-Service | | | |
| | NOOR, MOHAMED MOHAMED | | Served | 03/13/2019 |
| 03/13/2019 | e-Service | | | |
| | NOOR, MOHAMED MOHAMED | | Served | 03/13/2019 |
| 03/13/2019 | e-Service | | | |
| | NOOR, MOHAMED MOHAMED | | Served | 03/13/2019 |
| 03/13/2019 | e-Service | | | |
| | NOOR, MOHAMED MOHAMED | | Served | 03/13/2019 |
| 03/15/2019 | Notice of Motion and Motion   Index # 113 | | | |
| 03/15/2019 | e-Service | | | |
| | State of Minnesota | | Served | 03/15/2019 |
| 03/15/2019 | e-Service | | | |
| | State of Minnesota | | Served | 03/15/2019 |
| 03/15/2019 | e-Service | | | |
| | NOOR, MOHAMED MOHAMED | | Served | 03/15/2019 |
| 03/15/2019 | e-Service | | | |
| | NOOR, MOHAMED MOHAMED | | Served | 03/15/2019 |
| 03/15/2019 | e-Service | | | |
| | NOOR, MOHAMED MOHAMED | | Served | 03/15/2019 |
| 03/15/2019 | e-Service | | | |
| | NOOR, MOHAMED MOHAMED | | Served | 03/15/2019 |
| 03/15/2019 | Motion  Index # 114 | | | |
| 03/15/2019 | Motion  Index # 115 | | | |
| 03/15/2019 | Other Document  Index # 116 | | | |
| 03/15/2019 | e-Service | | | |
| | State of Minnesota | | Served | 03/15/2019 |
| 03/15/2019 | e-Service | | | |
| | State of Minnesota | | Served | 03/15/2019 |
| 03/15/2019 | e-Service | | | |
| | NOOR, MOHAMED MOHAMED | | Served | 03/15/2019 |
| 03/15/2019 | e-Service | | | |
| | NOOR, MOHAMED MOHAMED | | Served | 03/15/2019 |
| 03/15/2019 | e-Service | | | |
| | NOOR, MOHAMED MOHAMED | | Served | 03/15/2019 |
| 03/15/2019 | e-Service | | | |
| | NOOR, MOHAMED MOHAMED | | Served | 03/15/2019 |
| 03/15/2019 | e-Service | | | |
| | State of Minnesota | | Served | 03/15/2019 |
| 03/15/2019 | e-Service | | | |
| | State of Minnesota | | Served | 03/15/2019 |
| 03/15/2019 | e-Service | | | |
| | NOOR, MOHAMED MOHAMED | | Served | 03/15/2019 |
| 03/15/2019 | e-Service | | | |
| | NOOR, MOHAMED MOHAMED | | Served | 03/15/2019 |
| 03/15/2019 | e-Service | | | |
| | NOOR, MOHAMED MOHAMED | | Served | 03/15/2019 |
| 03/15/2019 | e-Service | | | |
| | NOOR, MOHAMED MOHAMED | | Served | 03/15/2019 |
| 03/15/2019 | e-Service | | | |
| | State of Minnesota | | Served | 03/15/2019 |
| 03/15/2019 | e-Service | | | |
| | State of Minnesota | | Served | 03/15/2019 |
| 03/15/2019 | e-Service | | | |
| | NOOR, MOHAMED MOHAMED | | Served | 03/15/2019 |

| Date | Event | | | |
|---|---|---|---|---|
| 03/15/2019 | e-Service NOOR, MOHAMED MOHAMED | | Served | 03/15/2019 |
| 03/15/2019 | e-Service NOOR, MOHAMED MOHAMED | | Served | 03/15/2019 |
| 03/15/2019 | **Other Document**   Index # 117 | | | |
| 03/15/2019 | e-Service State of Minnesota | | Served | 03/15/2019 |
| 03/15/2019 | e-Service State of Minnesota | | Served | 03/15/2019 |
| 03/15/2019 | e-Service NOOR, MOHAMED MOHAMED | | Served | 03/15/2019 |
| 03/15/2019 | e-Service NOOR, MOHAMED MOHAMED | | Served | 03/15/2019 |
| 03/15/2019 | e-Service NOOR, MOHAMED MOHAMED | | Served | 03/15/2019 |
| 03/15/2019 | e-Service NOOR, MOHAMED MOHAMED | | Served | 03/15/2019 |
| 03/15/2019 | **Order-Other**   Index # 118 | | | |
| 03/15/2019 | e-Service State of Minnesota | | Served | 03/15/2019 |
| 03/15/2019 | e-Service State of Minnesota | | Served | 03/15/2019 |
| 03/15/2019 | e-Service NOOR, MOHAMED MOHAMED | | Served | 03/15/2019 |
| 03/15/2019 | e-Service NOOR, MOHAMED MOHAMED | | Served | 03/15/2019 |
| 03/15/2019 | e-Service NOOR, MOHAMED MOHAMED | | Served | 03/15/2019 |
| 03/15/2019 | e-Service NOOR, MOHAMED MOHAMED | | Served | 03/15/2019 |
| 03/17/2019 | **Waiver of Appearance**   Index # 119 | | | |
| 03/17/2019 | e-Service State of Minnesota | | Served | 03/17/2019 |
| 03/17/2019 | e-Service State of Minnesota | | Served | 03/17/2019 |
| 03/17/2019 | e-Service NOOR, MOHAMED MOHAMED | | Served | 03/17/2019 |
| 03/17/2019 | e-Service NOOR, MOHAMED MOHAMED | | Served | 03/17/2019 |
| 03/17/2019 | e-Service NOOR, MOHAMED MOHAMED | | Served | 03/17/2019 |
| 03/17/2019 | e-Service NOOR, MOHAMED MOHAMED | | Served | 03/17/2019 |
| 03/20/2019 | **Other Document**   Index # 120 | | | |
| 03/20/2019 | **Other Document**   Index # 121 | | | |
| 03/20/2019 | e-Service State of Minnesota | | Served | 03/20/2019 |
| 03/20/2019 | e-Service State of Minnesota | | Served | 03/20/2019 |
| 03/20/2019 | e-Service NOOR, MOHAMED MOHAMED | | Served | 03/20/2019 |
| 03/20/2019 | e-Service NOOR, MOHAMED MOHAMED | | Served | 03/20/2019 |
| 03/20/2019 | e-Service NOOR, MOHAMED MOHAMED | | Served | 03/20/2019 |
| 03/20/2019 | e-Service NOOR, MOHAMED MOHAMED | | Served | 03/20/2019 |
| 03/20/2019 | e-Service State of Minnesota | | Served | 03/20/2019 |
| 03/20/2019 | e-Service State of Minnesota | | Served | 03/20/2019 |
| 03/20/2019 | e-Service NOOR, MOHAMED MOHAMED | | Served | 03/20/2019 |
| 03/20/2019 | e-Service NOOR, MOHAMED MOHAMED | | Served | 03/20/2019 |
| 03/20/2019 | e-Service NOOR, MOHAMED MOHAMED | | Served | 03/20/2019 |
| 03/20/2019 | e-Service NOOR, MOHAMED MOHAMED | | Served | 03/20/2019 |
| 03/20/2019 | **Taken Under Advisement**   Index # 122 (Judicial Officer: Quaintance, Kathryn L. ) | | | |
| 03/29/2019 | **Pre-trial**  (9:00 AM) (Judicial Officer Quaintance, Kathryn L.) | | | |
| 04/01/2019 | **Jury Trial**  (9:00 AM) (Judicial Officer Quaintance, Kathryn L.) | | | |