

Jenny Gassman-Pines
612-373-8373 *direct*
jgassman-pines@greeneespel.com

May 30, 2019

**<u>VIA CM/ECF</u>**

The Honorable Tony N. Leung
United States District Court Magistrate Judge
9W U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415

    Re:    *Ruszczyk v. Noor et al.*
            Court File No. 18-cv-2086 (PAM/TNL)

Dear Magistrate Judge Leung:

    Pursuant to Paragraph Four of the Court's October 10, 2018 Order Staying Case, we provide the Court the following status report regarding *State of Minnesota v. Mohamed Mohamed Noor*, Hennepin County District Court File No. 27-CR-18-6859 ("State Criminal Proceeding"). Pursuant to Paragraph Four, we have sought input from all other parties in this action.

    On April 30, 2019, the jury in the State Criminal Proceeding returned verdicts of not guilty as to second-degree murder, and guilty as to third-degree murder and second-degree manslaughter. Sentencing is set for June 7, 2019. We attach a copy of a print-out of the docket for the State Criminal Proceeding for the Court's reference (Exhibit A).

    On May 3, 2019, the Minneapolis City Council approved by motion a settlement in this matter with respect to all Defendants. That same motion authorized the City Attorney's Office to execute any documents necessary to effectuate the settlement and dismissal.

    Plaintiff is working toward finalizing the distribution of the settlement proceeds so that the settlement can be finalized. If the settlement is not finalized before the stay is set to be lifted, the parties anticipate stipulating to a continuance of the stay until the settlement can be finalized and the lawsuit dismissed.

                                      Sincerely,

                                        Jenny Gassman-Pines

c:    All counsel of record (via ECF)