UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| John Ruszczyk, as Trustee for the next of kin of Justine Maia Ruszczyk,<br><br>　　　　Plaintiff,<br><br>v.<br><br>Mohamed Mohamed Noor and Matthew Thomas Harrity, acting in their individual capacities as Minneapolis police officers; Janeé Harteau, acting in her official capacity as Minneapolis Chief of Police; Medaria Arradondo, acting in his official capacities as Minneapolis Assistant Chief of Police and Minneapolis Chief of Police; and The City of Minneapolis,<br><br>　　　　Defendants. | Case No. 18-cv-2086 PAM/TNL<br><br><br>**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE BY PLAINTIFF** |

---

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff John Ruszczyk, hereby dismisses the above-captioned matter with prejudice and on the merits. None of the opposing parties have filed an answer or a motion for summary judgment therefore dismissal under the aforementioned rule is effective without any order of the Court.

Date: 6/24/19

GASKINS BENNETT & BIRRELL, LLP

*Robert Bennett*

Robert Bennett, #0006713
Andrew J. Noel, #0322118
Kathryn H. Bennett, #0392087
Marc E. Betinsky, #0388414
333 South Seventh Street, #3000
Minneapolis, MN 55402
Telephone: 612-333-9500
rbennett@gaskinsbennett.com
anoel@gaskinsbennett.com
kbennett@gaskinsbennett.com
mbetinsky@gaskinsbennett.com
Attorneys for Plaintiff